Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Luanita. Lane,

_____

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

and his Donald Trumps the President,
(family) Police Office, owee of
children Hospital, Boston
Public Schools,

_____

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Luanita Lane,
Street Address          84 Bailey Street,
City and County         Jamaica Plain,
State and Zip Code      MA    02130
Telephone Number        (617) 792-5810
E-mail Address          Iane luanita493@gmail.com.

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name — Donald Trump real son,

Job or Title (if known) — POLICE MAN C-11 Police station

Street Address

City and County — Dorchester,

State and Zip Code — MA 02124

Telephone Number

E-mail Address (if known) — Don't Know,

Defendant No. 2

Name — Donald Trump's Real mother,

Job or Title (if known) — OWNER Children Hosptal

Street Address — 300 Longwood Aven

City and County — Boston,

State and Zip Code — MA, 02

Telephone Number — (617) 355-600

E-mail Address (if known) — Don't Know.

Defendant No. 3

Name — Donald Trump family member

Job or Title (if known) — Teacher Boston Public Schools.

Street Address — Washington Street,

City and County — Roxbury,

State and Zip Code — MA 02119

Telephone Number

E-mail Address (if known) — Don't Know,

Defendant No. 4

Name — Donald Trump family member,

Job or Title (if known) — Attorney and Superior Court, District Court,

Street Address

City and County — Fall River,

State and Zip Code — MA 02720,

Telephone Number

E-mail Address (if known) — Don't Know.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DONALD Trump's the President real family is doing Doing crimes on me and my family, and my children, throughout the state of MASSAchusetts. From

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship** government agency, and state agencies,

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Luanita Lane, , is a citizen of the
State of *(name)* MASSAchusetts, .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* Luanita Lane, , is incorporated
under the laws of the State of *(name)* MASSAchusetts, ,
and has its principal place of business in the State of *(name)*
MASSAchusetts, .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* DONALD Trump's family , is a citizen of
the State of *(name)* Don't Know, . Or is a citizen of
*(foreign nation)* Sweden, and other foreign countries

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* <u>Don'tD Trump President</u>, is incorporated under
the laws of the State of *(name)* <u>MASSAchusetts</u>, and has its
principal place of business in the State of *(name)* <u>MASSAchusetts</u>.
Or is incorporated under the laws of *(foreign nation)* <u>Sewden or foreign language</u>
and has its principal place of business in *(name)* <u>Boston Police, Boston Public</u>
<u>School, Children Hospital, District and Superior Courts</u>.

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at
stake-is more than $75,000, not counting interest and costs of court, because *(explain):*

<u>I Don't Know the amount,
over 1 millons —</u>

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DONALD Trump real mother is said to be connected to placing the devices
inside my inner Body or having accounts to stealing my ovaries Babies
and selling them in Hospital around the world, Donald Trump the Presidents
real son a Boston Police officer for the c-11 Police station illegal removed my
minor child with out Legal Paperwork I Have 2 DVD with 5 Legal
Boby Cameras on them, He is said to Be a sex offender.

IV.    Relief  I was told He has babies or kids by my daughter that
is switch in, Tarrell, 1st Born daughter.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

I was told that Donald Trump and his family connected to the,
Switch, crimes of my daughter, removing my son
illegal Police office, that is a sex offender, his real
mother, has accounts on my stolen ovaries and are
giving or selling my ovaries to Hospitals so
People can produce their babiy's, Donald Trump, real
son I have 2 DVD with 5 Body Cameras on Police camers

Page 4 of 5

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _April 13, 2026_

Signature of Plaintiff _____

Printed Name of Plaintiff _Juanita Lane_

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

I Need an Attorney! For the 2 Legal DVD's that have 5 Body Cameras on them from the Boston Police Officers and the DCF workers removing my minor child without paperwork! I was set up in John McCarthy's Apartment! They placed a device in my body from an Operation at Brigham and Women's Hospital by Randi H. Goldman, an Indian Police Doctor, and Barbara McCarthy said to be Charlie Baker's real daughter. These illegal Devices are said to be used for Stealing Blood, Stealing Ovaries and Glands from my Breast that creates Breast Cancer. They also cause Females to have Hysterectomies! Some of these people are called Killer Clowns! They retaliated against me because I reported the crimes. Against Doctor Carmen Adeluta Vesbianu who lied, She said she diagnosed me with delusions but she never saw me, she never diagnosed me and she never tested me. They are calling me Mentally ill. I am not Mentally ill and I do not have delusions. I also reported the Switch Crime that happened to my first born son Joe-Joe Brown Bell- Lane. The Doctor ran my baby out of the delivery room she told me he was not breathing. They Switched my Joe-Joe with my Darrell who has a twin brother named Enzo. My son Joe-Joe was produced by a Sperm Trait that his father Joe-Joe Bell has. That shows up at 4 months when you get pregnant, you pass out, and you have a craving for Sugar Pancakes before you give birth to your baby at 36 weeks/ 8 months. Joe-Joe Bell and his brother James Eteller played the Rape Game on me when I was younger, Kaplana George a Judge and a Police Officer had his daughter Karina Push-Out my son Darrell and his brother Enzo. I was told Karina does Birth Certificates at Brigham and Women's Hospital and the City Hall in Boston. Kaplana adopted my son Joe-Joe from DCF after he was switched at the Hospital. I was 17 years old when this happened. I was in Full Custody to DCF .I was told my old friend Jackie Sutton- Wilson, Diana Sutton, James' wife Fenneteo Fecelley who is a Judge, Metenney Goldman, Joe-Joe Bell and there family are all connected to this Switch crime and Switched 17 or more babies of Joe-Joe's. Kaplana is said to be related to John F. Kennedy Karina set me and my son Darrell up for fraud from the Registry of Motor Vehicles to get us arrested with a Fake ID with Checks. My Attorney Todd Siegel set me up after my Trial in Lynn District Court and did not do my Appeal, which left me with a Criminal Record. They set my son Darrell Lane- Sanders up for a Shooting in Fall River Ma, because he is my Ovary son from the Switch Crime. His Attorney Mellisa Tafe-Hendrie also did not submit my son an Appeal. They are trying to label us Mentally ill, because they did these crimes on me and my Children. These people are said to be Sex Offenders and are connected to Sex Trafficking Crimes of Children. When I reported the illegal Medical Devices to Judge Hon. John P. Pappas and some other Judges from Dorchester District Court. They wouldn't take the Devices out of my body! I had an Eye Operation when I was younger at Children's Hospital by doctors that are said to be Mayor Wu's mother( Louise) and her real Father and Charlie Baker's the Ex-Governor real mother(Thelma). They are calling me a Legal Population Provider by the Eye's with

a Communication Device inside my body that is being used to communicate. I was told they are looking through my eyes from these Operations and from my Teeth,being pulled by the Dentist. I had 3 Operations, One Operation from Children Hospital and 2 Operations from Brigham and Women's Hospital. Both Hospitals are said to be connected to doing these Switch crimes.. These Hospitals are said to be faking Blood tests, Stealing my Ovaries and giving my Ovaries to other females to produce their babies, They are illegal Ovaries Babies, That needs to be Legal to stop the Switch Crimes. These Ovary Babies are being used for Switching Babies at the Hospitals and Switching kids in the Schools. I was told that the Schools are Hypnotizing the kids. I was also told that these people produced my Abortion babies from Planned Parenthood Center. Which means some of your Abortion kids are alive. I was told that they are using the Abortion kids for the Population and Body Parts.They are Beating the Abortion kids and using them as Slaves and for Sex Trafficking Crimes for Sex Offenders..The 3 Boston Policemen that removed my minor child without paperwork are said to be Donald Trump the President's real son and Nick Collins the Senator's real son, both men are said to be Registered Sex Offenders. They retaliated against me because I was told that my son was Raped and Switch in the Boston Public School and I reported it! Even though my son said it did not happen, these people retaliated against us and filed a 51A and removed my son illegally without paperwork. I was told my child, Teacher named Jennifer McCarthy whose husband is a Police Officer, was involved in these crimes. The DCF Social Worker Jazmin Mendes Lied, The Supervisor Evelynn Farrington would not read the Legal Report Card at my first Trial. Judge Hardiman allowed it and took and kept my child out of my custody and took away all my Legal Rights. I had 7 Attorneys on this DCF Case and none of the Attorneys wanted to report the DVDs Police Body Cameras regarding the illegal removal of my child. The Attorney names are Lorraine Woodacre, Kambo Mwangi, Patrick Long, Emilie Curtis,Gary O' Brien,Adam Gray and Noor Kazmi , all these Attorneys did not know the 4th Amendment Rights. The Attorneys and Judges are throwing our cases by not doing any legal Appeals.This is said to be a Contract Hit, from my old Apartment! Judge Hon.Jackie Cowin and some other Judges are holding back my Legal Transcripts, people are falsifying Legal paperwork. Julie McCarthy threatened me! "You Don't Know Who My Family Is". LLC, Politicians families, from around the World. The Afghanistan people also retaliated on my Breast and removed my Breast glands.They are trying to give me Breast Cancer to die,They retaliated because my nephew is in the Army. The Court investigator Judith Heller did not do the investigation right.I asked Judge Coffee,Mayor Marty Walsh, Mayor Wu, and Elizabeth Warren, the United States Senator of Massachusetts, to help me? They did not help me! Judge Griffin and Bill Clinton's family are connected.They will not take these illegal devices out of my body, they are trying to kill me. Please help me report these crimes outside this State….. It is the Police! …Ms. Lane(BUG) 617-792-5810….